AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FELIPE GARCIA-VASQUEZ a/k/a IGNACIO GONZALEZ | ) ) ) ) ) | Case No. 5:25-mj-1044-PRL |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 26, 2025** in the county of **Marion** in the
**Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-Entry by Previously-Deported Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Mark Annotti, ERO/ICE
*Printed name and title*

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: March 3, 3025

_____
*Judge's signature*

City and state: Ocala, Florida

Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                     CASE NO. 5:25-mj-1044-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement Removal Operations ("ERO"), and have been employed with DHS/ICE/ERO for 21 years. I am currently appointed as the ERO Criminal Prosecutions ("ECP") Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On February 26, 2025, the Marion County Sheriff's Office arrested **Felipe GARCIA-VASQUEZ**, a/k/a Ignacio GONZALEZ, a/k/a Martin GARCIA, and booked him into the Marion County Jail ("MCJ") based on a state criminal charge of operating a motor vehicle without a valid driver's license, in violation of Section 322.03(1), Florida Statutes. Following his arrest, the MCJ booking system automatically forwarded **GARCIA-VASQUEZ's** information to the Alien Criminal Response Information Management System ("ACRIMe") national database.

4. On February 26, 2025, Deportation Officer Ralph Angulo identified **GARCIA-VASQUEZ's** information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. Deportation Officer Angulo filed an ICE immigration detainer on **GARCIA-VASQUEZ** with the MCJ.

5. On or about February 27, 2025, Deportation Officer Angulo contacted the Florida Department of Law Enforcement ("FDLE"), Biometric Service Section, and requested/received **GARCIA-VASQUEZ's** fingerprints relating to the MCJ booking on February 26, 2025. On March 1, 2025, Deportation Officer Angulo submitted this set of fingerprints to the Federal Bureau of Investigation Criminal Justice Information Services Division ("IAFIS"). IAFIS analyzed the set of fingerprints and found them to match

2

GARCIA-VASQUEZ and his unique FBI number. Deportation Officer Angulo forwarded GARCIA-VASQUEZ's case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

6. A review of various databases and ICE records disclosed that GARCIA-VASQUEZ has an Alien File Number (A xxx xxx 042). He was born in 1986, in San Jose Lachiguiri, Oaxaca, Mexico. He is a citizen of Mexico and not a citizen of the United States. On January 19, 2013, GARCIA-VASQUEZ was administratively ordered deported/removed from the United States to Mexico. GARCIA-VASQUEZ was physically removed from the United States to Mexico on January 21, 2013.

7. GARCIA-VASQUEZ has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

8. Based on the foregoing, there is probable cause to believe that on February 26, 2025, **GARCIA-VASQUEZ** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

This concludes my affidavit.

_____
Mark Arnotti
Deportation Officer
Immigration & Customs Enforcement

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on __3rd__ March 2025.

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

4